## Robert G. Hall, Plaintiff-Appellant, v. Frank Koehler, Defendant-Appellee.

**Gen. No. 10,646.**

Harrison L. Dod, and Edgar J. Elliott, for appellant; Rathje & Woodward, for appellee; John S. Woodward, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed February 11, 1953; released for publication February 27, 1953.

## People of State of Illinois, Plaintiff-Defendant in Error, v. Ralph Davis, Defendant-Plaintiff in Error.
### Gen. No. 9,840.

